IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES WAGGONER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CIV-06-831-C |
| ) | |
| COMANCHE COUNTY DETENTION ) | |
| CENTER, ) | |
| ) | |
| Defendant ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on November 20. 2006.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the civil rights complaint is dismissed without prejudice.

IT IS SO ORDERED this 29th day of December, 2006.

ROBIN J. CAUTHRON
United States District Judge